IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH M. WHITE and REBECCA D. WHITE, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-18-4013 |
| AMERIQUEST MORTGAGE, *et al.*, | § § § | |
| Defendants. | § § | |

# ORDER

On October 17, 2018, Joseph White and Rebecca White, proceeding *pro se* and *in forma pauperis*, sued Ameriquest Mortgage Company, Wells Fargo Bank, N.A., Structured Asset Mortgage Investments. II Inc., JPMorgan Chase Bank, N.A., Issuing Entity Trust Bear Stearns Alt-A Trust 2005-5, and other unnamed defendants over a foreclosure dispute. (Docket Entry No. 1). The Whites also applied for a temporary restraining order enjoining the sale of their home. (Docket Entry No. 2). On October 30, 2018, the court declined to hold a hearing or rule on the requested relief until the Whites gave notice to the noteholder and mortgage servicer. (Docket Entry No. 4). Nothing in the record indicates that since October 30, 2018, the Whites have provided notice to or conferred with the defendants to arrange for a hearing at which they can be present. The Whites must arrange for a hearing or withdraw their application for relief by February 15, 2019.

SIGNED on January 15, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge